JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 05-5667 AHS (RNBx)<br><br>**RESTATED JUDGMENT** |

　　　　Having entered final judgment in this matter on March 8, 2007, upon the parties' Stipulation and Proposed Final Adjudication, which the Court adopted and approved, through the Honorable Alicemarie H. Stotler, Chief U.S. District Judge, presiding; and

　　　　Having received from the United States Court of Appeals for the Federal Circuit, the mandate and published decision in an appeal from the final judgment, which decision affirmed the judgment as to the adjudication of non-infringement of

U.S. Patent No. 5,471,593 by defendant, and reversed as to the adjudication of invalidity of the asserted claims of the '593 patent; and

Having reviewed the parties' Stipulation to Enter Restated Judgment and finding good cause therefor,

IT IS ORDERED AND ADJUDICATED:

1. Judgment for defendant is granted on plaintiffs' claims and the portion of defendants' declaratory judgment counterclaim related to allegations of direct or indirect infringement of the '593 patent. The facts, events, and transactions encompassed by the judgment for defendant are delineated in paragraph 8 of the parties' Stipulation to Enter Restated Judgment. The issues actually litigated and adjudicated are delineated in paragraphs 2, 4 and 9 of the Stipulation to Enter Restated Judgment.

2. The portions of defendant's declaratory judgment counterclaim seeking an adjudication that the '593 patent is invalid or unenforceable, which have not been adjudicated, are dismissed without prejudice; and

3. Defendant shall recover its costs of suit from plaintiffs in the amount of $22,507.76.

**IT IS SO ORDERED.**

DATED: October 6, 2008

ALICEMARIE H. STOTLER
HONORABLE ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE